IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SPORTS SOURCE, INC. d/b/a
AMERICAN PRODUCT EXCHANGE                                    PLAINTIFF

       v.                Civil No. 06-5203

NIKE USA, INC.                                               DEFENDANT

## O R D E R

Now on this 27th day of March, 2007, comes on for consideration plaintiff's **Motion To Dismiss Without Prejudice** (document #3), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                 /s/ Jimm Larry Hendren
                                **JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**